450 A.2d 1036

Commonwealth v. Herrold, Appellant.

592

Argued September 22, 1981. Daniel Stern, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the Court of Common Pleas of Perry County, docketed at No. 205 of 1979 is affirmed.